MARION GISE, an Infant, by HANNAH KENNY, Her Guardian ad Litem, Appellant and Respondent, *v.* THE BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondent and Appellant.

(Submitted October 9, 1933; decided October 17, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 114.)

MAX FRIEDMAN, as Administrator of the Estate of MILTON FRIEDMAN, Deceased, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

(Submitted October 9, 1933; decided October 17, 1933.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 364.)